SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Nick Plise, et al,<br><br>　　　　Defendants | Case No. **2:12-cv-00062-MCE-GGH**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL MARCH 30, 2012 FOR DEFENDANTS NICK PLISE INDIVIDUALLY AND D/B/A WASHTIME COIN LAUNDRY; GARY PLISE INDIVIDUALLY AND D/B/A WASHTIME COIN LAUNDRY; EMILE G. PLISE, II INDIVIDUALLY AND AS TRUSTEE OF THE PLISE 2003 REVOCABLE TRUST; GRACE A. PLISE INDIVIDUALLY AND AS TRUSTEE OF THE PLISE 2003 REVOCABLE TRUST TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Nick Plise Individually and d/b/a Washtime Coin Laundry; Gary Plise Individually and d/b/a Washtime Coin Laundry; Emile G. Plise, II Individually and as Trustee of the Plise 2003 Revocable Trust; Grace A. Plise Individually and as Trustee of the Plise 2003 Revocable Trust, by and through their respective attorneys

of record, Scott N. Johnson; Eileen T. Booth, stipulate as follows:

1. An extension of time has been previously obtained for Defendants Nick Plise Individually and d/b/a Washtime Coin Laundry; Gary Plise Individually and d/b/a Washtime Coin Laundry; Emile G. Plise, II Individually and as Trustee of the Plise 2003 Revocable Trust; Grace A. Plise Individually and as Trustee of the Plise 2003 Revocable Trust until March 16, 2012 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendants Nick Plise Individually and d/b/a Washtime Coin Laundry; Gary Plise Individually and d/b/a Washtime Coin Laundry; Emile G. Plise, II Individually and as Trustee of the Plise 2003 Revocable Trust; Grace A. Plise Individually and as Trustee of the Plise 2003 Revocable Trust are granted an extension until March 30, 2012 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendants Nick Plise Individually and d/b/a Washtime Coin Laundry; Gary Plise Individually and d/b/a Washtime Coin Laundry; Emile G.

Plise, II Individually and as Trustee of the Plise 2003 Revocable Trust; Grace A. Plise Individually and as Trustee of the Plise 2003 Revocable Trust response will be due no later than March 30, 2012.

IT IS SO STIPULATED effective as of March 13, 2012

Dated:  March 14, 2012                /s/Eileen T. Booth__  ___

Eileen T. Booth,
Attorney for Defendants
Nick Plise Individually
and d/b/a Washtime Coin
Laundry; Gary Plise
Individually and d/b/a
Washtime Coin Laundry;
Emile G. Plise, II
Individually and as
Trustee of the Plise
2003 Revocable Trust;
Grace A. Plise
Individually and as
Trustee of the Plise
2003 Revocable Trust

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 3

Dated:  March 13, 2012                    /s/Scott N. Johnson

                                          Scott N. Johnson,

                                          Attorney for Plaintiff


**IT IS SO ORDERED:** that Defendants Nick Plise Individually and d/b/a Washtime Coin Laundry; Gary Plise Individually and d/b/a Washtime Coin Laundry; Emile G. Plise, II Individually and as Trustee of the Plise 2003 Revocable Trust; Grace A. Plise Individually and as Trustee of the Plise 2003 Revocable Trust shall have until March 30, 2012 to respond to complaint.

Dated:  March 20, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE